# Exhibit 4

**Swenson, Ian (ENRD)**

| | |
|---|---|
| **From:** | Michael Torcello <mtorcello@democracyforward.org> |
| **Sent:** | Monday, September 14, 2026 10:23 AM |
| **To:** | Swenson, Ian (ENRD) |
| **Cc:** | Anne Swift; Catherine Carroll; Robin Thurston |
| **Subject:** | [EXTERNAL] Meet and Confer — National Parks Conservation Association v. Burgum, No. 26-cv-2103 (D.D.C.) |

Hi Ian,

Tomorrow, in combination with our MTD opposition, Plaintiffs intend to file a motion for preliminary injunction or 5 U.S.C. § 705 stay. Plaintiffs intend to ask the Court to preliminarily enjoin or stay Defendants' implementation of the West Potomac Plan to transform West Potomac Park into a garden complex.

Pursuant to Local Civil Rule 7(m), please let us know Defendants' position on that motion.

Thanks,
Mike

--

**Michael J. Torcello**
**Senior Staff Attorney**
**Democracy Forward**
*he/him*

**Cell:** (202) 320-7347
**Email:** mtorcello@democracyforward.org
**Website:** democracyforward.org

**When we fight, democracy wins**.

Democracy Forward’s team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*