**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| National Parks Conservation Association, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Burgum, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | No. 1:26-cv-02103 |

**DECLARATION OF DR. KEVIN GRIESS, SUPERINTENDENT OF NATIONAL MALL AND MEMORIAL PARKS**

I, Kevin Griess, Ph.D., declare as follows:

1. I am the Superintendent of National Mall and Memorial Parks ("NAMA") and have been in that position since December 2024. Prior to that time, I was employed by the U.S. Army as the Deputy Garrison Commander at Fort Bragg in North Carolina. In that role, I was a military City Manager, responsible for all municipal operations for a military city of 135,000.
2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.
3. In my current position I manage and oversee the management, preservation, and protection of over 1,000 acres of federal parkland in Washington, D.C., including the iconic monuments and memorials in West Potomac Park. I report to the Regional Director of the National Park Service ("NPS") National Capital Region, Jennifer Nersesian.

***West Potomac Park***

4. West Potomac Park is a 409-acre park in Southwest Washington, D.C. It is bounded by Constitution Avenue, 17th Street, the CSX Long Bridge, the Washington Channel, the Potomac River and Rock Creek Park.

5. The park contains nationally recognized memorials and commemorative landscapes, as well as smaller commemorative features, recreational features and fields, and NPS infrastructure and law enforcement operational facilities. The image below accurately depicts West Potomac Park.




6. Together with East Potomac Park, West Potomac Park was created by the Army Corps of Engineers out of fill dredged from the Potomac River, protected by seawalls that date back to the late 1800s and early 1900s.

7. I understand that the NPS has been managing West Potomac Park since approximately 1933, when President Roosevelt transferred jurisdiction over public lands in the District of Columbia from the Army Corps of Engineers, in the War Department, to Office of National Parks, Buildings, and Reservations, in the U.S. Department of the Interior via Executive Order 6166.

8. East and West Potomac Parks were listed in the National Register of Historic Places in 1973 as a historic district. Resources within West Potomac Park that contribute to the significance of the historic district include the Japanese cherry trees and stone seawalls.

9. West Potomac Park is the site of the Martin Luther King, Jr. Memorial, dedicated in 2011, the Franklin Delano Roosevelt Memorial, dedicated in 1997, the Lincoln Memorial, dedicated in 1922, Lincoln Memorial Reflecting Pool and Grounds, the Thomas Jefferson Memorial, dedicated in 1943, the Vietnam Veterans Memorial, dedicated in 1982, the Korean War Veterans Memorial, dedicated in 1995, the DC War Memorial, dedicated in 1931, the World War II Memorial, dedicated in 2004, the George Mason Memorial, dedicated in 2002, the John Paul Jones Memorial, dedicated in 1912, the Watergate Steps and the Arts of War and Arts of Peace statues, installed in 1951, the John Ericsson Memorial, dedicated on May 29, 1926, the Desert Shield Desert Storm Memorial (under construction), 56 Signers of the Declaration of Independence Memorial, dedicated in 1984, Constitution Gardens, dedicated in 1978, and smaller commemorative features including the Japanese Lantern and First Cherry Tree Planting, the Japanese Pagoda, the Cuban American Friendship Urn, and the Lockkeeper's House among others.

10. West Potomac Park is the site of recreational landscapes and features including the Tidal Basin, the JFK Hockey Fields, volleyball courts, the Polo Field, ball fields, a Water Taxi

stop, and five concessions stands providing food and beverage services to park visitors. Additionally, West Potomac Park contains law enforcement operational facilities such as the United States Park Police ("USPP") Horse Stables and Educational Center. It is also the site of the annual Cherry Blossom Festival, an NPS sponsored event.

11. West Potomac Park contains an undercroft area beneath the volleyball courts that houses NPS maintenance equipment and materials. The park has five NPS visitor contact stations. three parking lots, as well as restroom facilities within the park. Multiple roadways run through portions of the park, including Independence Avenue, West Basin Drive, and Ohio Drive, SW.

12. The NPS maintains the lands, facilities, landscapes, and other resources under its jurisdiction within West Potomac Park on an ongoing basis. Routine maintenance includes mowing and other turf care; aeration, seeding, fertilization, and soil management; tree and shrub pruning and care; leaf and debris removal; litter collection; maintenance of planting beds; and repair and upkeep of walks, roads, curbs, signs, site furnishings, drainage features, and other park infrastructure. The NPS undertakes periodic turf restoration following heavy recreational use, permitted events, or other damage. Maintenance activities also include inspection and care of memorial landscapes and other cultural landscape features, as well as routine measures necessary to maintain safe and usable public spaces.

***The Seawall Project***

13. On May 23, 2023, the NPS signed a Finding of No Significant Impact ("FONSI") for a project to rehabilitate the Tidal Basin and West Potomac Park Seawalls ("the Seawall Project"). As the original seawalls were constructed from the late 1800s to the early 1900s

and had significantly settled and deteriorated over time, the Seawall Project was intended to address existing structural deficiencies that were negatively impacting visitor use and experience and adversely affecting the natural and cultural landscape by restoring the functional height of the seawalls. The FONSI was the culmination of a planning process that dated back to Spring 2022. A copy of the FONSI is publicly available at https://parkplanning.nps.gov/showFile.cfm?sfid=658267&projectID=107662.

14. As explained in the FONSI, the NPS complied with all applicable laws for the Seawall Project, including the National Environmental Policy Act ("NEPA"), Section 106 of the National Historic Preservation Act ("NHPA"), Section 7 of the Endangered Species Act, and the Clean Water Act. FONSI at 2-3. The NPS's compliance documentation, including its environmental assessment for NEPA compliance and assessment of effects for compliance with Section 106 of the NHPA, are publicly available on the NPS's Planning, Environment & Public Comment ("PEPC") at ParkPlanning - Phase 1 Rehabilitation of the Seawalls.

15. Given the site constraints surrounding the Tidal Basin, the NPS determined that two existing softball fields and a portion of the larger open recreational area at West Potomac Park would need to be used as a staging area during construction of the Seawall Project. Construction staging and laydown areas proximate to the work areas are necessary for safe and efficient construction The map below, which was included in the environmental assessment for the Seawall Project, depicts the area of West Potomac Park adjacent to the tidal basin and near the FDR Memorial that has been used for construction staging for the Seawall Project.




16. For public safety reasons, the NPS's contractor for the Seawall Project erected an 8-foot-tall wooden fence around the construction staging area in West Potomac Park. NPS does not have records of the exact date the fence was completed. As the notice to proceed for the Seawall Project was issued to the contractor on August 29, 2023, the fencing surrounding the staging area was likely installed in September or October of 2023.

17. Below is an aerial depiction of the construction staging area for the Seawall Project on October 17, 2025 that was created by my staff using google earth. This image depicts the active use of the staging area while construction activities for the Seawall Project were ongoing.




18. The rehabilitation of the Tidal Basin Seawall was completed in December 2025 and work on the West Potomac Park Seawall was completed in April 2026. The contractor then turned to work rehabilitating the staging area. Below is an aerial depiction of the construction staging area for the Seawall Project on July 25, 2026 that was created by my staff using google earth.



19. Upon completion of the Seawall Project, NPS's contractor is required to restore the area. The contractor has already begun this work and is expected to continue restoration work through the month of October. The fence will remain in place, for public safety, until the restoration work is complete.

***The Temporary Exhibition of Uzbeki Aywans***

20. I understand that His Excellency Shavkat Mirziyoyev, President of the Republic of Uzbekistan, presented two handcrafted Uzbek gazebos, also known as aywans, as a gift to the President of the United States. The aywans are hexagonal structures reflecting a classic form of Uzbek architecture. They are made from walnut and decorated with exquisite carvings throughout the interior and exterior. Below is a photograph depicting a traditional Uzbeki aywan.



21. The NPS is moving forward with a project to temporarily exhibit the two aywans in West Potomac Park ("the Temporary Exhibition"). The purpose of the Project is to provide park visitors with the opportunity to appreciate the expert craftsmanship and artistic beauty of the aywans, and to educate the visitors regarding the relationship between the United States and Uzbekistan.

22. The Temporary Exhibition will include the display of the two aywans along the western side of the Tidal Basin in West Potomac Park, in open lawn areas between the Tidal Basin walkway and nearby recreational fields for a period of less than six months. One aywan will be displayed in the staging area for the Seawall Project, which has been closed since late 2023. The other aywan will be displayed in an area immediately adjacent to the staging area.

23. Below is a depiction of the planned sites for the Temporary Exhibition, created by my staff, that depicts the locations for the aywans as well as the fenced staging area for the Seawall Project.



24. The aywans are owned by the United States and in the custody of the White House Office, a component of the Executive Office of the President. The White House Office has loaned the aywans to the NPS to facilitate the Temporary Exhibition.

25. As noted above, for the Temporary Exhibition, the westernmost aywan, is located within the construction staging area for the Seawall Project, and the easternmost aywan will be located adjacent to that area. Temporary fencing has been erected to enclose the site of the easternmost aywan during the construction of the aywans.

26. Once assembled each aywan will measure approximately 31 feet wide and 26 feet high. The aywans are intricately carved and decorated wood forms their structure. Temporary concrete foundations and access pathways have been installed to accommodate the aywans and to provide wheelchair accessible access to visitors. The walkways and foundations supporting the aywans will be surrounded by turf. The aywans are expected to be located at the sites depicted in the above map for approximately 5 months.

27. The aywans are temporary and fully removable from the site. Construction and installation has included the preparation of two separate work areas; temporary truck, equipment, and material delivery access; and sufficient staging and working space around each aywan. The roofs for the aywans were assembled at ground level and lifted approximately 20 feet into place with a mobile crane. Installation activities have used a temporary 220-volt electrical power supplied by a voltage converter or portable generator for construction tools, and a portable restroom has been provided for the installation crew.

28. During the Temporary Exhibition, the two ballfields in West Potomac Park that have been unavailable since Fall 2023 (as a result of the Seawall Project) will continue to be unavailable for recreational use, though the surrounding areas will be open to the public to

view the gazebos and for other recreational purposes. After the Temporary Exhibition has concluded, and the aywans have been removed, the affected areas will be restored, as necessary, to their original condition.

29. The work pouring the temporary concrete pads, tiling the pads, and assembling the aywans has been completed by 14 Uzbeki master craftsmen, who completed the work as Volunteers in Parks. Their work was overseen by the NPS's Historic Preservation Training Center. NPS work on site includes turf restoration, constructing the temporary walkways to provide visitor access to the aywans during the Temporary Exhibition, and installing an interpretive wayside regarding the Temporary Exhibition.

30. The NPS has complied with all applicable laws with respect to the Temporary Exhibition. On August 5, 2026, the NPS completed an Assessment of Actions Having an Effect on Historic Properties ("Assessment of Effects") documenting its compliance with Section 106 of the NHPA, 54 U.S.C. § 306108. The Assessment of Effects documents the NPS's consideration of the effects of the Temporary Exhibition on historic properties and its finding that the Temporary Exhibition would have no adverse effect on historic properties. The Assessment of Effects was signed by the Deputy Superintendent for the Park, who reports directly to me. A copy of the Assessment of Effects is attached as Exhibit A.

31. Prior to completing the Assessment of Effects, the NPS consulted with the DC State Historic Preservation Office ("SHPO") regarding its proposed finding of no adverse effect. After the SHPO provided documentation of its determination that the Temporary Exhibition would have no adverse effects on historic properties on July 24, 2026, the proposed location of one of the aywans changed. The NPS consulted again with the SHPO regarding the new proposed location. On August 4, 2026, SHPO provided updated

documentation of its determination that the Temporary Exhibition would have no adverse effects on historic properties. Copies of the SHPO's July 24, 2026 and August 4, 2026 correspondence are attached as Exhibit B.

32. Also on August 5, 2026, the NPS completed a Categorical Exclusion Documentation Form ("CE Form") for the Temporary Exhibition documenting its compliance with NEPA. Although the form was completed on August 5, 2026, it was mistakenly not signed at the time. When this mistake was discovered on September 3, 2026, NAMA's Deputy Superintendent signed the CE Form. A copy of the CE Form is attached as Exhibit C.

33. As documented in the CE Form, the NPS concluded that the Temporary Exhibition qualified for the CE at DOI NEPA Handbook, Appendix 2, CE 16.1E(10), which applies to "New construction or improvement of temporary buildings or experimental equipment (e.g., trailers, prefabricated buildings, and test slabs) on previously disturbed ground, with no more than 1 acre (0.4 hectare) of ground disturbance, where the proposed facility use is generally compatible with the surrounding land use and applicable zoning standards and will not require additional support infrastructure."

34. In support of this finding, the NPS reasoned that the Temporary Exhibition qualified for the CE because the aywans are "temporary structures that NPS will place on previously disturbed, maintained parkland." The NPS further explained that "installation and associated staging, would affect substantially less than one acre and will not require permanent utilities, access roads, parking, or other support infrastructure," that the Temporary Exhibition "is generally compatible with the established public park and recreational use of West Potomac Park," and that "[b]oth structures and infrastructure would be removed after approximately five months and the sites restored." CE Form at 3.

35. The NPS also considered the extraordinary circumstances identified in the Department of the Interior's NEPA implementing regulations and documented its finding that none of these extraordinary circumstances existed in the CE Form. CE Form at 4-6.

36. As on-site work commenced, the location for one of the aywans changed slightly due to the site's topography and accessibility requirements. NPS prepared a Memorandum to File documenting consideration of the minor change in location and the addition of temporary electrical service for the aywans. A copy of the Memorandum to File is attached as Exhibit D.

37. The National Capital Planning Commission ("NCPC") has published publicly available submission guidelines available at https://www.ncpc.gov/review/guidelines/. Chapter 8, Exceptions and Project Changes provides that NCPC review or approval is not required for certain types of projects, if NCPC staff confirms that the project falls under a listed exception. On August 3, 2026, the NPS provided NCPC staff information regarding the project via email and requested confirmation that the Project qualified for Exception 7 which applies to "Installation of temporary art or other placemaking features for a maximum of 6 months that will not (1) necessitate permanent infrastructure improvements or (2) have an adverse impact on federal property or other federal interests." On August 4, 2026, NCPC staff responded via email, concurring, based on the information provided by NPS, that "the project would qualify for a review exception." A copy of the August 4, 2026 NCPC staff email is attached as Exhibit E.

38. At present, the aywans are almost completely constructed, with completion expected on or about October 9. After the aywans are complete, and the NPS has completed the temporary walkways and turf restoration in the area, the aywans will be open to the public for

visitation. The below photograph, taken by NPS's Historic Preservation Training Center, which is overseeing the activities on site, depicts the status of one of the aywans as of October 5.




***The Tidal Basin Plan***

39. Separate from, and unrelated to, the Temporary Exhibition, the NPS has been pursuing a Tidal Basin Development Concept Plan for the Tidal Basin and surrounding areas ("the Tidal Basin Plan") since early 2025. The purpose of the Tidal Basin Plan is to provide direction for the long-term management and rehabilitation of the Tidal Basin and surrounding areas and to address NPS management challenges in the area, including conditions that are affecting the health of the area's iconic cherry trees. Compliance documentation completed to date for the Tidal Basin Plan is publicly available on the

NPS's PEPC website at https://parkplanning.nps.gov/documentsList.cfm?projectID=126410.

40. The image below is from the environmental assessment for the Tidal Basin Plan, released for public review and comment in January 2026, and depicts the area of West Potomac Park intended to be covered by the Tidal Basin Plan. The staging area for the Seawall Project is visible in the below graphic, as is the staging area for DC Waters' Clean Rivers Project to the west of the Tidal Basin and south of the Lincoln Memorial which is permitted by the NPS until 2030.




41. The NPS has not yet made a final decision with respect to the Tidal Basin Plan and the planning process is ongoing. On July 20, 2026, the NPS sent a Request for Architect and Engineering Task Order Qualifications ("RFQ"), seeking statements of qualifications from a nationwide pool of qualified vendors for a variety of tasks including revising and updating the Tidal Basin Plan and environmental assessment, delivering

architect/engineering and environmental planning services, analyzing alternatives and impacts, facilitating stakeholder engagement and public review, coordinating Commission on Fine Art ("CFA") and NCPC review of the plan, and coordinating compliance with Section 106 of the NHPA and the ESA. The RFQ includes a project schedule, subject to change, that identifies dates for completing these tasks. A copy of the RFQ, including the applicable statement of work, is attached as Exhibit F.

42. On August 24, 2026, the NPS awarded a contract for architect and engineering services to update the preferred alternative in the environmental assessment for the Tidal Basin Plan, and complete required compliance for the Plan. The contractor has provided NPS a draft revised preferred alternative which is still under review.

43. The NPS will comply with all applicable laws and regulations as it moves forward with the Tidal Basin Plan, including NEPA, Section 106 of the NHPA, and Section 7 of the ESA. As evidenced by the RFQ and attached statement of work, the selected contractor will assist the NPS in preparing the necessary compliance documentation. The contractor will also assist NPS in securing NCPC and CFA review and approval and will prepare an appropriate decision document based on the NEPA findings. Exhibit F at 6-7.

44. The contractor is providing design and compliance services to update the preferred alternative to include additional improvements to the park and to update the Environmental Assessment and the Assessment of Effect by updating the impact analysis and decision documents to reflect the changes of the new alternative. Some level of design development is needed for the NPS to complete compliance with NEPA and Section 106 of the NHPA because the proposed federal action needs to be defined with enough specificity to evaluate its potential effects through those processes. The architect and engineering services are also

needed to develop plans and specifications sufficient for the NPS to contract for the construction of the project and for the selected contractor to construct the project.

45. The NPS's NEPA compliance for the Tidal Basin Plan is ongoing. The NPS opened a period of public scoping for the Tidal Basin Plan in February 2025, and released a draft Environmental Assessment for public comment in January 2026, but has not signed a FONSI. Once the contractor delivers sufficiently detailed design for a new preferred alternative, the contractor will need to revise the environmental assessment to include that alternative and to analyze the effect of that alternative. If the effects are not significant, the contractor will need to prepare a draft FONSI for the project. If the effects are significant an Environmental Impact Statement would need to be prepared.

46. In September 2025, the NPS released a draft assessment of effects and draft programmatic agreement for public review as part of its compliance with Section 106 of the NHPA, but had not signed a programmatic agreement or concluded Section 106 consultation. With a revised preferred alternative, the NPS will need to continue the Section 106 consultation and intends to have at least one consulting parties meeting. The assessment of effects will need to be revised to address a new preferred alternative, and revisions to the draft programmatic agreement will likely be required. The NPS is working to schedule a meeting of the consulting parties for this project in October.

47. The CFA generally conducts a two-tiered review process, consisting of concept review and final review, though in some circumstances, the CFA has combined these processes. In general, the CFA review process begins when an agency submits a project for concept review. Once the concept is endorsed, the project advances to final review, where the Commission examines detailed architectural drawings, materials, landscape plans, and

other refined design elements. Projects may return for multiple reviews at either stage to address comments or revisions. The Tidal Basin Plan was previously reviewed by CFA on February 20, 2025 and received concept approval. The NPS will need to submit the project to the CFA for revised concept approval because of the change in the preferred alternative.

48. NCPC generally conducts a three-tiered review process consisting of concept, preliminary, and final review, though preliminary and final review may sometimes be combined. During concept review, NCPC evaluates and provides input on alternatives and general consistency with NCPC policies. During preliminary review, it evaluates the general design approach, site planning, massing, and programmatic relationships to ensure the proposal is conceptually sound and consistent with relevant policies and plans. During final review, it assesses detailed architectural, landscape, and engineering elements to ensure full compliance with its planning standards. The Tidal Basin Plan was previously reviewed by NCPC and received concept approval on March 6, 2025. The NPS will need to submit the project to the NCPC for revised concept approval because of the change in the preferred alternative.

49. The contract for architect and engineering services awarded on August 24, 2026, does not include construction services. The NPS does not currently have a contract in place to construct the improvements contemplated in the Tidal Basin Plan. Once all required compliance for the Tidal Basin Plan is complete, and if a decision is made to move forward with the preferred alternative in the Plan, the NPS would need to enter into a contract for construction services to implement the Plan on the ground.

50. At present, the NPS does not have a specific timeframe for the completion of required compliance for the Tidal Basin Plan. Thus, there is no specific timeframe as to when the

Tidal Basin Plan will be completed, when a future decision may be made to move forward with the preferred alternative in that Plan, when construction contract may be awarded, or when a notice to proceed with authorized construction may be issued.

***The National Garden of American Heroes***

51. I am aware that the President and the Secretary of the Interior have identified West Potomac Park as the current preferred location for the National Garden of American Heroes ("National Garden") in social media posts. However, I am not aware of a final decision by the NPS to site the National Garden in West Potomac Park and the revised draft preferred alternative for the Tidal Basin Plan does not include a plan to place statues in the park.

52. I have not received any direction to include the National Garden in West Potomac Park and the current conceptual designs for the Tidal Basin Plan do not include statues or plinths (a raised base for display of a statue). Because I have not received direction to include the National Garden in West Potomac Park, the NPS has not begun the compliance processes that would be required to implement this potential project or included such compliance in its planning process for the Tidal Basin Plan.

53. There is no current or imminent construction activity for the National Garden of American Heroes in West Potomac Park. As the NPS has not yet initiated a planning process that includes such a project, it has also not awarded a construction contract related to a project titled "the National Garden of American Heroes." Nor has NPS issued a permit for construction of the National Garden in West Potomac Park, and it would not do so prior to completing all required compliance processes.

54. If the NPS were to initiate a project to include the National Garden in West Potomac Park, or to revise the Tidal Basin Plan to include the display of the statues identified in Executive

Order 13978, the NPS would comply with all applicable laws and regulations prior to implementing such project.

55. I am not aware that the NPS has awarded any funds for the acquisition or construction of statues of the persons identified in Executive Order 13978 or otherwise intended to be included in the National Garden.

56. The Temporary Exhibition is separate from and unrelated to any future proposals to site the National Garden in or around West Potomac Park and is not intended to be included in the National Garden, should it be sited in West Potomac Park.

57. I understand that the Plaintiffs in this litigation have challenged a plan that they call the "West Potomac Plan," which they define as a "plan to transform West Potomac Park into the National Garden of American Heroes or any similar garden complex, which Defendants' adopted no later than May 15, 2026." Dkt. 15-15. *See also* Dkt. 1 ¶ 4 . No plan matching this description has been adopted by the NPS. No implementation of any plan matching this description has occurred. And, as the planning process for the Tidal Basin Plan remains ongoing, no final decision has been made regarding any additional permanent improvements to West Potomac Park. The NPS does not have any planned or ongoing projects that are labeled or otherwise referred to as the "West Potomac Plan."

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6. 2026.

Kevin J. Griess 2026.10.06 15:58:50 -04'00'

Kevin Griess, PhD