**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

**NATIONAL PARKS CONSERVATION ASSOCIATION**, et al.,

*Plaintiffs*,

*v.*

**DOUG BURGUM, in his official capacity as Secretary of the Interior**, et al.,

*Defendants*.

**Case No. 26-cv-02103 (EGS)**

## NOTICE OF FACTUAL DEVELOPMENT

Plaintiffs respectfully submit this notice of factual development concerning Defendants' ongoing implementation of the West Potomac Plan. As Plaintiffs have noted, the National Park Service apparently plans to award two contracts for construction in West Potomac Park that includes the "Garden of Heroes." Dkt. No. 20 at 2. And the Park Service recently awarded a contract related to redevelopment of the western portion of the Tidal Basin area. Dkt. No. 15-1 at 10–11.

Last week, as part of that redevelopment plan, the Park Service held a consulting party meeting to unveil an updated concept for the western portion of the Tidal Basin. *Tidal Basin Revised Development Concept Plan* 14, Nat'l Park Serv. (Oct. 19, 2026), https://perma.cc/V8Z9-5BSP ("Oct. 19 Slides"); *Tidal Basin Master Plan / Development Concept Plan Consulting Party Meeting*, Nat'l Park Serv. (Oct. 19, 2026), https://www.nps.gov/media/video/view.htm?id=A444C339-76CD-4851-8F1B-79E7912DE9BF ("Oct. 19 Video"). As shown below, the updated concept bears a striking resemblance to renderings of the garden complex shared on social media by the President and Secretary of the Interior and circulated by The National

Garden of American Heroes Foundation in a pledge agreement. *See* Dkt. No. 1 ¶¶ 101–02; Dkt. No. 15-12 at 3–8.




Oct. 19 Slides at 14.



Dkt. No. 15-12 at 3.

Like the renderings, the Park Service's updated concept shows an oval lawn and a fountain in the northwestern corner; a rectangular "Great Lawn" surrounded by walkways where the softball fields currently sit; an amphitheater and new pathways in the southeastern corner; and "River Gate Steps" along the Potomac River. *Compare* Oct. 19 Slides at 14, *with* Dkt. No. 15-12 at 3, *and* Luke Broadwater & Zachary Small, *Trump's Vision for 'Garden of Heroes' Keeps Getting Bigger and Higher in Cost*, N.Y. Times (May 3, 2026), https://perma.cc/WZE5-BZ4N (reporting that plans for the garden complex include an amphitheater). According to the Park Service's proposed timeline, the updated concept will proceed to National Capital Planning Commission and Commission of Fine Arts review in the next six weeks. *See* Oct. 19 Slides at 20.

Although a Park Service official stated at the meeting that "this is not the Garden of Heroes," Oct. 19 Video at 17:49—and although the revised plan does not include any statues, which are the subject of a separate notice of funding opportunity issued by the National Endowment for the Humanities, *see* Dkt. No. 1 ¶¶ 79–83—the many features of the revised plan that overlap with the Garden of Heroes renderings indicate the revised plan is a step toward implementation of the garden complex. As the Secretary of the Commission of Fine Arts observed, the revised plan includes "a whole lot of very odd alignments," Oct. 19 Video at 21:27, and invites questions about the Garden of Heroes, *id.* at 23:21. *See also id.* at 57:40 ("I think it strikes everybody here that there's something else going on."). Even the Park Service official described part of the design as "garden-like." *Id.* at 11:07. And public reporting indicates that "[t]he administration still intends to build the garden on the West Potomac site, according to a person with knowledge of the plans." Travis M. Andrews & Dan Diamond, *Parks Advocates Worry New Mall Plan Will Ease Way for Trump's Garden of Heroes*, Wash. Post (Oct. 21,

2026), https://perma.cc/3K28-W5XZ. These developments further demonstrate that Defendants are quickly moving forward with implementation of the West Potomac Plan and that preliminary relief is necessary before construction of the garden complex becomes a *fait accompli*.

Date: October 26, 2026

Respectfully submitted,

*/s/ Michael J. Torcello*
Michael J. Torcello (DC Bar No. 90014480)
Alethea Anne Swift (DC Bar No. 1644929)
Catherine M.A. Carroll (DC Bar No. 497890)
Robin F. Thurston (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
mtorcello@democracyforward.org
aswift@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system.

*/s/ Michael J. Torcello*
Michael J. Torcello