**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

**NATIONAL PARKS CONSERVATION ASSOCIATION**, et al.,

*Plaintiffs*,

*v.*

**DOUG BURGUM, in his official capacity as Secretary of the Interior**, et al.,

*Defendants*.

**Case No. 26-cv-02103 (EGS)**

## NOTICE OF SOCIAL MEDIA POST

Plaintiffs respectfully submit this notice to advise the Court of a recent social media post from the President concerning the Uzbek gazebos constructed in West Potomac Park. Yesterday afternoon, President Trump thanked the president of Uzbekistan "for the beautiful Uzbek Gazebos (or 'Aywans') gifted to me in honor of our Country's 250 years of Independence." Donald J. Trump (@realDonaldTrump), Truth Social (Nov. 24, 2026, at 12:34 PM), https://perma.cc/EZ2C-LD8J. The President stated:

> Rather than keep this gift as "private," I wanted to donate these beautiful Gazebos to the Public, right next to the Tidal Basin, with views of the Jefferson Memorial and Washington Monument, in our now Safe and Beautiful Capital.
>
> A year from now, when the National Garden of Heroes opens, these Gazebos will be one of the "hottest" places in town for marriage proposals, diplomatic receptions, photoshoots during the Cherry Blossom Festival, and every day visits to the Tidal Basin.

*Id.*

The President's post indicates that the gazebos will still be in the same West Potomac Park location a year from now, directly contradicting Defendants' representations—in briefing and in a sworn declaration—that the gazebos are temporary. *See, e.g.*, Dkt. No. 18 at 20

(claiming that the gazebos "will be in West Potomac Park for less than six months"); Dkt. No. 18-1 ¶ 22 (asserting that the gazebos will be on display in West Potomac Park "for a period of less than six months"). The post also refutes Defendants' claims that the gazebos are completely unrelated to the garden complex. *See, e.g.*, Dkt. No. 18 at 18 (arguing that the gazebos "have nothing to do with the National Garden of American Heroes"). The President—like the Uzbek ambassador—plainly disagrees with Defendants' characterization. *See* Furqat Sidiqov (@FurqatSidiq), X (Aug. 22, 2026, at 4:56 PM), https://perma.cc/Q2S4-EB2J (Uzbek ambassador announcing that he was "[p]roud to see Uzbek art become part of the Garden of American Heroes").

Lastly, the post further confirms that Defendants have made a final decision to build the Garden of Heroes in West Potomac Park. The President has even provided a timeline, promising that the garden complex will open "[a] year from now." In light of that announcement—and all the other evidence showing the government's intent to proceed with construction related to the West Potomac Plan, including the President's recent statement that "work has already started" on the garden complex, Dkt. No. 23 at 1—Defendants cannot credibly continue to maintain that the project is "only an idea by the Executive Branch," Dkt. No. 13-1 at 16.

Date: November 25, 2026

Respectfully submitted,

*/s/ Michael J. Torcello*
Michael J. Torcello (DC Bar No. 90014480)
Alethea Anne Swift (DC Bar No. 1644929)
Catherine M.A. Carroll (DC Bar No. 497890)
Robin F. Thurston (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
mtorcello@democracyforward.org

aswift@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system.

*/s/ Michael J. Torcello*
Michael J. Torcello